[No. 21215-7-III.   Division Three.   November 20, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. BARBARA A. BAUGHMAN, *Appellant*.

Appeal from judgments of the Superior Court for Douglas County, No. 01-1-00210-8, John Hotchkiss, J., and Steve Smith, J. Pro Tem., entered June 6 and June 10, 2002. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 21317-0-III.   Division Three.   November 20, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. EARNEST JAMES FINNIE, SR., *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-00308-8, Richard J. Schroeder, J., entered August 1, 2002. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown, C.J., and Schultheis, J.

[No. 21499-1-III.   Division Three.   November 20, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY LEE McINTOSH, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-01538-8, Michael E. Donohue, J., entered October 18, 2002. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Sweeney, J.

[No. 21643-8-III.   Division Three.   November 20, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY SCOTT TINDAL, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-8-01186-8, Steven N. Grovdahl, J. Pro Tem., entered December 4, 2002. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown, C.J., and Schultheis, J.